| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 48 September Term, 2020** |
| **THOMAS BULLARD DABNEY, JR.** | * | |
| | * | **(No. C-11-CV-20-000082, Circuit Court for Garrett County)** |

## O R D E R

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Thomas Bullard Dabney, Jr., it is this 26th day of March, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Thomas Bullard Dabney, Jr., be, and he hereby is, REPRIMANDED for violating Rules 4.2 and 8.4(d) of the Maryland Attorneys' Rules of Professional Conduct.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk